# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Laura A. Butler, a/k/a Laura Ann Butler a/k/a Laura A. Thompson a/k/a Laura Ann Thompson<br><br>　　　　　　　　　Debtor(s) | BK NO. 22-01368 MJC<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Metropolitan Life Insurance Company and index same on the master mailing list.

                                Respectfully submitted,



/s/ Rebecca Solarz
Rebecca Solarz
01 Aug 2022, 15:09:17, EDT

                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA  19106
                215-627-1322