United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-01368-MJC |
| Laura A Butler | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Aug 19, 2022 | Form ID: ntnew341 | Total Noticed: 12 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Laura A Butler, 6205 Pinecrest Drive, East Stroudsburg, PA 18301-9310 |
| 5486689 | + | KML Law Group, PC, BNY Independence Center Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 5486692 | + | Monroe County Courthouse, Attn: Prothonotary, 610 Monroe Street, Stroudsburg, PA 18360-2271 |
| 5486693 | + | Monroe County Sheriff's Office, 610 Monroe Street, Stroudsburg, PA 18360-2276 |
| 5486694 | | Real Time Resolutions, Po Box 6172, Rapid City, SD 57709 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5486687 | + | Email/Text: bnc-bluestem@quantum3group.com | Aug 19 2022 18:36:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 5486688 | + | Email/Text: bnc-bluestem@quantum3group.com | Aug 19 2022 18:36:00 | Fingerhut, 13300 Pioneer Trail, Eden Prairie, MN 55347-4120 |
| 5486690 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 19 2022 18:36:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 5486691 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 19 2022 18:36:00 | Metropolitan Life Insurance Co, 3217 S Decker Lake Drive, Salt Lake City, UT 84119-3284 |
| 5486695 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 19 2022 18:41:40 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5486696 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 19 2022 18:41:52 | Resurgent Capital Services, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 5486697 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 19 2022 18:36:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2022          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Kim M Diddio | on behalf of Debtor 1 Laura A Butler kdiddio@diddiolaw.com  kdiddio@gmail.com;r52326@notify.bestcase.com |
| Rebecca Ann Solarz | on behalf of Creditor Metropolitan Life Insurance Company bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| In re: | |
|---|---|
| Laura A Butler,<br>aka Laura Ann Butler, aka Laura A Thompson, aka Laura Ann Thompson,<br><br>**Debtor 1** | Chapter    13<br><br>Case No.    5:22−bk−01368−MJC |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| 341 meeting by video conference, The Trustee will email the video link, 6 days prior to the meeting date. | Date: September 26, 2022<br><br>Time: 10:00 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ToniaWilson, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 19, 2022 |

ntnew341 (04/18)