FRANCONIA MENNONITE CAMP ASSOCIATION INC
5389 Route 447
Canadensis PA 18325-0000

Y426-A386
ORG1:054 DAY CAMP
B
EE ID: 862     DD

LAURA A BUTLER
6205 PINECREST DRIVE
EAST STROUDSBURG PA 18301

NON-NEGOTIABLE

NON-NEGOTIABLE

## PERSONAL AND CHECK INFORMATION

Laura A Butler
6205 Pinecrest Drive
East Stroudsburg, PA 18301
Soc Sec #: xxx-xx-xxxx     Employee ID: 862
Clock ID: 862

Home Department: 054 DAY CAMP PB

Pay Period: 07/02/22 to 07/15/22
Check Date: 07/22/22     Check #: 13327

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
| --- | --- | --- |
| Check Amount | 0.00 | 0.00 |
| Chkg 114 | 405.43 | 1004.94 |
| NET PAY | 405.43 | 1004.94 |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Salary | | | 489.13 | | 1204.01 |
| | | Total Hours | | | | | |
| | | Gross Earnings | | | 489.13 | | 1204.01 |
| | | Total Hrs Worked | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
| --- | --- | --- | --- | --- |
| | Social Security | | 30.33 | 74.65 |
| | Medicare | | 7.09 | 17.46 |
| | Fed Income Tax | SMS | 24.86 | 54.23 |
| | PA Income Tax | | 15.02 | 36.97 |
| | PA Unemploy | | 0.29 | 0.72 |
| | PA STROU-Mon I | | 6.11 | 15.04 |
| | TOTAL | | 83.70 | 199.07 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
| --- | --- | --- |
| | 405.43 | 1004.94 |

Payrolls by Paychex, Inc.

**0058 Y426-A386**  Franconia Mennonite Camp Association Inc • 5389 Route 447 • Canadensis PA 18325-0000 • (570) 234-0027

FRANCONIA MENNONITE CAMP ASSOCIATION INC
5389 Route 447
Canadensis PA 18325-0000

Y426-A386
ORG1:054 DAY CAMP
B
EE ID: 862     DD

*Payrolls by Paychex, Inc.*

*Payrolls by Paychex, Inc.*

LAURA A BUTLER
6205 PINECREST DRIVE
EAST STROUDSBURG PA 18301

NON-NEGOTIABLE

NON-NEGOTIABLE

## PERSONAL AND CHECK INFORMATION

Laura A Butler
6205 Pinecrest Drive
East Stroudsburg, PA 18301
Soc Sec #: xxx-xx-xxxx     **Employee ID:** 862
**Clock ID:** 862

**Home Department:** 054 DAY CAMP PB

**Pay Period:** 06/18/22 to 07/01/22
**Check Date:** 07/08/22     **Check #:** 13134

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 114 | 434.01 | 599.51 |
| **NET PAY** | **434.01** | **599.51** |

### EARNINGS

| | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | | Salary | | 526.75 | | 714.88 |
| | | **Total Hours** | | | | |
| | | Gross Earnings | | 526.75 | | 714.88 |
| | | **Total Hrs Worked** | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 32.66 | 44.32 |
| Medicare | | 7.64 | 10.37 |
| Fed Income Tax | SMS | 29.37 | 29.37 |
| PA Income Tax | | 16.17 | 21.95 |
| PA Unemploy | | 0.32 | 0.43 |
| PA STROU-Mon I | | 6.58 | 8.93 |
| **TOTAL** | | **92.74** | **115.37** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 434.01 | 599.51 |

*Payrolls by Paychex, Inc.*

**0058 Y426-A386** Franconia Mennonite Camp Association Inc • 5389 Route 447 • Canadensis PA 18325-0000 • (570) 234-0027

FRANCONIA MENNONITE CAMP ASSOCIATION INC    Y426-A386
5389 Route 447                               ORG1:054 DAY CAMP
Canadensis PA  18325-0000                    B
                                             EE ID: 862      DD

*Payrolls by Paychex, Inc.*

*Payrolls by Paychex, Inc.*

LAURA A BUTLER
6205 PINECREST DRIVE
EAST STROUDSBURG PA  18301

NON-NEGOTIABLE

NON-NEGOTIABLE

### PERSONAL AND CHECK INFORMATION
Laura A Butler
6205 Pinecrest Drive
East Stroudsburg, PA  18301
Soc Sec #: xxx-xx-xxxx    **Employee ID:** 862
**Clock ID:** 862

**Home Department:** 054 DAY CAMP PB

**Pay Period:** 06/04/22 to 06/17/22
**Check Date:** 06/24/22    **Check #:** 12956

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 114 | 165.50 | 165.50 |
| **NET PAY** | **165.50** | **165.50** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | | | | 188.13 | 188.13 |
| | | **Total Hours** | | | | | |
| | | **Gross Earnings** | | | 188.13 | | 188.13 |
| | | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 11.66 | 11.66 |
| | Medicare | | 2.73 | 2.73 |
| | PA Income Tax | | 5.78 | 5.78 |
| | PA Unemploy | | 0.11 | 0.11 |
| | PA STROU-Mon I | | 2.35 | 2.35 |
| | **TOTAL** | | 22.63 | 22.63 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **165.50** | **165.50** |

*Payrolls by Paychex, Inc.*

**0058 Y426-A386** Franconia Mennonite Camp Association Inc • 5389 Route 447 • Canadensis PA  18325-0000 • (570) 234-0027

**CREATIVE LEARNING CENTER**

Creative Learning Center · 915 North 5th Street Stroudsburg PA 18360 · (570)420-0706

| Laura Butler | | | ### ##-2876 | 5/23/2022 | 5/9/2022 through 5/22/2022 | |
|---|---|---|---|---|---|---|
| Pay Code/Work Area | ST Hours/Rate | OT Hours/Rate | Total | Withheld | Current | YTD |
| Salary:ROCK BC/AC/PREKINDERGARTEN | | | 102.50 | FEDINCTX | 0.00 | 0.00 |
| | | | | FEDMC | 1.49 | 9.50 |
| | | | | FEDSS | 6.35 | 40.61 |
| | | | | FUTA | 0.00 | 0.00 |
| | | | | PAINCTX | 3.15 | 20.11 |
| | | | | STROUD | 1.28 | 8.19 |
| | | | | LST | 2.00 | 10.00 |

| | | Benefit | | Remaining |
|---|---|---|---|---|

| Gross Wages | Check Amount | | Current Advance | |
|---|---|---|---|---|
| 102.50 | 88.23 | | 0.00 | |
| YTD Gross Wages | Check Number | | Outstanding Advance | |
| 655.00 | 4197 | | 0.00 | |

---

**STROUDSBURG WESLEYAN CHURCH DBA**
**CREATIVE LEARNING CENTER**

Creative Learning Center · 915 North 5th Street Stroudsburg PA 18360 · (570)420-0706

| Laura Butler | | | ### ##-2876 | 6/6/2022 | 5/23/2022 through 6/5/2022 | |
|---|---|---|---|---|---|---|
| Pay Code/Work Area | ST Hours/Rate | OT Hours/Rate | Total | Withheld | Current | YTD |
| ROCK BC/AC/PREKINDERGARTEN | 53.75 at 10.00 | | 537.50 | FEDINCTX | 37.00 | 37.00 |
| | | | | FEDMC | 7.79 | 17.29 |
| | | | | FEDSS | 33.33 | 73.94 |
| | | | | FUTA | 0.00 | 0.00 |
| | | | | PAINCTX | 16.50 | 36.61 |
| | | | | STROUD | 6.72 | 14.91 |
| | | | | LST | 2.00 | 12.00 |

| | | Benefit | | Remaining |
|---|---|---|---|---|

| Gross Wages | Check Amount | | Current Advance | |
|---|---|---|---|---|
| 537.50 | 434.16 | | 0.00 | |
| YTD Gross Wages | Check Number | | Outstanding Advance | |
| 1,192.50 | 4256 | | 0.00 | |

| Rock Solid Care | | 915 N. 5th St Stroudsburg PA 18360 | | | | (570)872-9778 |

| Laura Butler | | ###-##-2876 | | 5/23/2022 | 5/9/2022 through 5/22/2022 | |
|---|---|---|---|---|---|---|
| Pay Code/Work Area | ST Hours/Rate | OT Hours/Rate | Total | Withheld | Current | YTD |
| ROCK BC/AC/Rock Solid Care Before/After | 22.25 at 10.00 | | 222.50 | FEDINCTX | 6.00 | 91.00 |
| | | | | FEDMC | 3.23 | 37.99 |
| | | | | FEDSS | 13.79 | 162.44 |
| | | | | FUTA | 0.00 | 0.00 |
| | | | | PAINCTX | 6.83 | 80.43 |
| | | | | STROUD | 2.78 | 32.74 |
| | | | | LST | 2.00 | 22.00 |
| | | | | Benefit | | Remaining |

| Gross Wages | Check Amount | | | Current Advance | |
|---|---|---|---|---|---|
| 222.50 | 187.87 | | | 0.00 | |
| YTD Gross Wages | Check Number | | | Outstanding Advance | |
| 2,620.00 | 2760 | | | 0.00 | |