United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                           Case No. 22-01368-MJC

Laura A Butler                                                                                        Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                                        User: AutoDocke                                       Page 1 of 2

Date Rcvd: Sep 27, 2022                          Form ID: ntcnfhrg                                     Total Noticed: 14

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Laura A Butler, 6205 Pinecrest Drive, East Stroudsburg, PA 18301-9310 |
| 5486692 | + | Monroe County Courthouse, Attn: Prothonotary, 610 Monroe Street, Stroudsburg, PA 18360-2271 |
| 5486693 | + | Monroe County Sheriff's Office, 610 Monroe Street, Stroudsburg, PA 18360-2276 |
| 5491216 | + | New Jersey Turnpike Authority, 1 Turnpike Plaza, P.O. Box 5042, Woodbridge, NJ 07095-5042 |
| 5486694 | | Real Time Resolutions, Po Box 6172, Rapid City, SD 57709 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5486687 | + | Email/Text: bnc-bluestem@quantum3group.com | Sep 27 2022 18:35:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 5486688 | + | Email/Text: bnc-bluestem@quantum3group.com | Sep 27 2022 18:35:00 | Fingerhut, 13300 Pioneer Trail, Eden Prairie, MN 55347-4120 |
| 5486689 | ^ | MEBN | Sep 27 2022 18:30:46 | KML Law Group, PC, BNY Independence Center Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 5486690 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 27 2022 18:35:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 5497400 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2022 18:36:31 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5486691 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 27 2022 18:35:00 | Metropolitan Life Insurance Co, 3217 S Decker Lake Drive, Salt Lake City, UT 84119-3284 |
| 5486695 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2022 18:36:36 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5486696 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2022 18:36:30 | Resurgent Capital Services, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 5486697 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 27 2022 18:35:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2022  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor Metropolitan Life Insurance Company bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Kim M Diddio | on behalf of Debtor 1 Laura A Butler kdiddio@diddiolaw.com kdiddio@gmail.com;r52326@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Laura A Butler,<br>aka Laura Ann Butler, aka Laura A Thompson, aka Laura Ann Thompson,<br><br>**Debtor 1** | Chapter 13<br><br>Case No. 5:22−bk−01368−MJC |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**November 1, 2022** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: November 8, 2022<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ToniaWilson, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 27, 2022 |

ntcnfhrg (08/21)