# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | CASE NO: 5:22-BK-01368 |
|---|---|
| LAURA A BUTLER | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 12/16/2022, I did cause a copy of the following documents, described below,

Notice of Confirmation Hearing

First Amended Chapter 13 Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/16/2022

/s/ Kim M. Diddio, Esq
Kim M. Diddio, Esq  86708
Attorney for Debtor
Kim Diddio Attorney at Law
17 N 6th Street
Stroudsburg, PA  18360
570 801 1336
kdiddio@diddiolaw.com

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

LAURA A BUTLER

CASE NO: 5:22-BK-01368

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

Chapter: 13

On 12/16/2022, a copy of the following documents, described below,

Notice of Confirmation Hearing

First Amended Chapter 13 Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/16/2022

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Kim M. Diddio, Esq
Kim Diddio Attorney at Law
17 N 6th Street
Stroudsburg, PA  18360

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | EXCLUDE | EXCLUDE |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 522-BK-01368<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>FRI DEC 16 8-54-22 PST 2022 | (U)METROPOLITAN LIFE INSURANCE COMPANY | US BANKRUPTCY COURT<br>MAX ROSENN US COURTHOUSE<br>197 SOUTH MAIN STREET<br>WILKES-BARRE PA 18701-1500 |
| FINGERHUT<br>13300 PIONEER TRAIL<br>EDEN PRAIRIE MN 55347-4120 | FINGERHUT<br>ATTN BANKRUPTCY<br>6250 RIDGEWOOD ROAD<br>SAINT CLOUD MN 56303-0820 | KML LAW GROUP PC<br>BNY INDEPENDENCE CENTER SUITE 5000<br>701 MARKET STREET<br>PHILADELPHIA PA 19106-1541 |
| KOHLSCAPITAL ONE<br>PO BOX 3115<br>MILWAUKEE WI 53201-3115 | LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | METROPOLITAN LIFE INSURANCE CO<br>3217 S DECKER LAKE DRIVE<br>SALT LAKE CITY UT 84119-3284 |
| METROPOLITAN LIFE INSURANCE COMPANY<br>CO SELECT PORTFOLIO SERVICING INC<br>PO BOX 65250<br>SALT LAKE CITY UT 84165-0250 | MONROE COUNTY COURTHOUSE<br>ATTN PROTHONOTARY<br>610 MONROE STREET<br>STROUDSBURG PA 18360-2271 | MONROE COUNTY SHERIFFS OFFICE<br>610 MONROE STREET<br>STROUDSBURG PA 18360-2276 |
| (P)NJ EZPASS<br>ATTN NJ EZPASS MARISOL ALVARADO<br>375 MCCARTER HIGHWAY<br>SUITE 200<br>NEWARK NJ 07114-2562 | REAL TIME RESOLUTIONS<br>PO BOX 6172<br>RAPID CITY SD 57709 | RESURGENT CAPITAL SERVICES<br>ATTN BANKRUPTCY<br>PO BOX 10497<br>GREENVILLE SC 29603-0497 |
| RESURGENT CAPITAL SERVICES<br>CO RESURGENT CAPITAL SERVICES<br>GREENVILLE SC 29602 | SELECT PORTFOLIO SERVICING INC<br>ATTN BANKRUPTCY<br>PO BOX 65250<br>SALT LAKE CITY UT 84165-0250 | UNITED STATES TRUSTEE<br>228 WALNUT STREET SUITE 1190<br>HARRISBURG PA 17101-1722 |
| EXCLUDE | EXCLUDE | EXCLUDE |
| (P)JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | KIM M DIDDIO<br>17 N 6TH STREET<br>STROUDSBURG PA 18360-2177 | LAURA A BUTLER<br>6205 PINECREST DRIVE<br>EAST STROUDSBURG PA 18301-9310 |