THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Laura A. Butler | : | Chapter 13 |
| | : | |
| Debtors | : | CASE No. 5:23-BK-01368(MJC) |
| | : | |

## CERTIFICATE OF SERVICE

I, Kim M. Diddio, Esquire, hereby certify I am an adult individual competent to perform service and that on June 12, 2023, I did cause a true and correct copy of *Debtor's Motion to Modify Confirmed Plan, Second Amended Plan, Notice* and *Proposed Order* to be served on the following parties in the manner indicated:

**(Via CM/ECF)**
Chapter 13 Trustee, Jack N. Zaharopoulos
Brian C. Nicholas, Esq., of behalf of Creditor Metropolitan Life Insurance Company

**(Via First Class Mail)**

Resurgent Capital Services
PO Box 10587
Greenville SC 29603-0587

NJ Turnpike Authority
PO Box 5042
Woodbridge NJ 07095-0709

By: */s/ Kim M. Diddio, Esq.*
Kim M. Diddio, Esq.
Counsel for the Debtor
17 North 6th Street
Stroudsburg, PA 18360
570-801-1336