UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(WILKES-BARRE)

| | |
|---|---|
| IN RE:<br><br>Laura A Butler aka Laura Ann Butler aka Laura A Thompson aka Laura Ann Thompson<br><br>Debtor(s). | CHAPTER 13<br><br>CASE NO.: 5:22-bk-01368-MJC |

**NOTICE OF ENTRY OF APPEARANCE
AND DEMAND FOR NOTICES AND PAPERS**

PLEASE TAKE NOTICE that NewRez LLC dba Shellpoint Mortgage Servicing as servicer for Metropolitan Life Insurance Company ("Metropolitan"), secured creditor to the above entitled Debtors by and through its undersigned counsel, hereby enters its appearance pursuant to Bankruptcy Rule 9010(b); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3007 and 9007 and Section 342 of the Bankruptcy Code, that copies of all notices and pleadings given of filed in the above-captioned case be given and served upon the undersigned at the following addresses and telephone/facsimile numbers:

>Kaitlin D. Shire, Esq.
>Hill Wallack LLP
>1000 Floral Vale Blvd., Suite 300
>Yardley, PA 19067
>Telephone: 267-794-6113
>Facsimile: 215-579-9248
>Email: kshire@hillwallack.com

PLEASE TAKE FURTHER NOTICE that neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive

NewRez LLC dba Shellpoint Mortgage Servicing as servicer for Metropolitan Life Insurance Company (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which NewRez LLC dba Shellpoint Mortgage Servicing as servicer for Metropolitan Life Insurance Company is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: February 11, 2025

Hill Wallack LLP

By: */s/ Kaitlin D. Shire*
Kaitlin D. Shire, Esq.
Hill Wallack LLP
1000 Floral Vale Blvd., Suite 300
Yardley, PA 19067
Telephone: 267-794-6113
Facsimile: 215-579-9248
Email: kshire@hillwallack.com

Counsel to NewRez LLC dba Shellpoint Mortgage Servicing as servicer for Metropolitan Life Insurance Company

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(WILKES-BARRE)

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Laura A Butler aka Laura Ann Butler aka Laura A Thompson aka Laura Ann Thompson | CASE NO.: 5:22-bk-01368-MJC |
| Debtor(s). | |

## CERTIFICATE OF SERVICE

I hereby certify that service was made upon all interested parties, indicated below of (i) Notice of Appearance for NewRez LLC dba Shellpoint Mortgage Servicing as servicer for Metropolitan Life Insurance Company in the manner indicated below on February 11, 2025:

Laura A Butler
6205 Pinecrest Drive
East Stroudsburg, PA 18301
**DEBTOR - VIA REGULAR MAIL**

Kim M Diddio
17 N. 6th Street
Stroudsburg, PA 18360
**COUNSEL FOR DEBTOR -VIA ECF**

U.S. Courthouse
1501 N. 6th St
Harrisburg, PA 17102
**UNITED STATES TRUSTEE - VIA ECF**

Jack N Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036
**TRUSTEE - VIA ECF**

*By: /s/ Kaitlin D. Shire*
Kaitlin D. Shire, Esq.,
Attorney ID 324226
Hill Wallack, LLP
1000 Floral Vale Blvd., Suite 300
Yardley, PA 19067
Telephone: 267-794-6113
Facsimile: 215-579-9248
Email: kshire@hillwallack.com