B2830 (Form 2830) (04/25)

# UNITED STATES BANKRUPTCY COURT

__Middle__ District Of __Pennsylvania__

In re __Laura A. Butler__                          Case No. __5:22-BK-01368__
        Debtor

CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING
DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

[X] I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

[ ] I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address: _____

My current employer and my employer's address: _____
_____

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

[X] I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $214,000* in value in the aggregate.

[ ] I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $214,000* in value in the aggregate.

\* Amounts are subject to adjustment on 4/01/28, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

B2830 (Form 2830) (page 2)

Part IV. Debtor's Signature

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on  01 / 07 / 2026                             _____/s/_____
              Date                                              Debtor

 Audit trail

| | |
|---|---|
| Title | Closing Bankruptcy |
| File name | Form%202830.pdf |
| Document ID | 9092226220c39a675192dbbee8f587451b469114 |
| Audit trail date format | MM / DD / YYYY |
| Status | ● Signed |

This document was requested from app.clio.com

## Document History

**SENT**　　**12 / 30 / 2025**　　Sent for signature to Laura A Butler (laurt69@yahoo.com)
　　　　　　13:43:07 UTC-3　　from kdiddio@diddiolaw.com
　　　　　　　　　　　　　　　　IP: 24.115.133.52

**VIEWED**　**01 / 06 / 2026**　　Viewed by Laura A Butler (laurt69@yahoo.com)
　　　　　　14:33:49 UTC-3　　IP: 174.198.9.109

**SIGNED**　**01 / 07 / 2026**　　Signed by Laura A Butler (laurt69@yahoo.com)
　　　　　　10:20:11 UTC-3　　IP: 97.165.14.208

**COMPLETED**　**01 / 07 / 2026**　　The document has been completed.
　　　　　　　10:20:11 UTC-3

Powered by Dropbox Sign