In re:                                                      Case No. 22-01368-MJC

Laura A Butler                                              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0314-5 | User: AutoDocke | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jan 12, 2026 | Form ID: 3180W | Total Noticed: 21 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Laura A Butler, 6205 Pinecrest Drive, East Stroudsburg, PA 18301-9310 |
| cr | + | NewRez LLC dba Shellpoint Mortgage Servicing as se, Hill Wallack LLP, 1000 Floral Vale Blvd., Suite 300, Yardley, PA 19067, UNITED STATES 19067-5582 |
| 5486692 | + | Monroe County Courthouse, Attn: Prothonotary, 610 Monroe Street, Stroudsburg, PA 18360-2271 |
| 5486693 | + | Monroe County Sheriff's Office, 610 Monroe Street, Stroudsburg, PA 18360-2276 |
| 5486694 | | Real Time Resolutions, Po Box 6172, Rapid City, SD 57709 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Jan 12 2026 18:39:00 | Metropolitan Life Insurance Company, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| cr | + | Email/Text: mtgbk@shellpointmtg.com | Jan 12 2026 18:39:00 | Metropolitan Life Insurance Company, NewRez LLC d/b/a Shellpoint Mortgage Ser, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5486687 | + | EDI: BLUESTEM | Jan 12 2026 23:39:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 5486688 | + | EDI: BLUESTEM | Jan 12 2026 23:39:00 | Fingerhut, 13300 Pioneer Trail, Eden Prairie, MN 55347-4120 |
| 5486689 | ^ | MEBN | Jan 12 2026 18:35:20 | KML Law Group, PC, BNY Independence Center Suite 5000, 701 Market Street, Philadelphia, PA 19106-1538 |
| 5486690 | + | EDI: CAPITALONE.COM | Jan 12 2026 23:39:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 5497400 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 12 2026 18:45:42 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5486691 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 12 2026 18:39:00 | Metropolitan Life Insurance Co, 3217 S Decker Lake Drive, Salt Lake City, UT 84119-3284 |
| 5676722 | + | Email/Text: RASEBN@raslg.com | Jan 12 2026 18:39:00 | Metropolitan Life Insurance Company, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 5499607 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 12 2026 18:39:00 | Metropolitan Life Insurance Company, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 5491216 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jan 12 2026 18:39:00 | New Jersey Turnpike Authority, 1 Turnpike Plaza, P.O. Box 5042, Woodbridge, NJ 07095-0709 |
| 5691876 | + | Email/Text: mtgbk@shellpointmtg.com | Jan 12 2026 18:39:00 | NewRez LLC d/b/a Shellpoint Mortgage, Servicing, P.O. Box 10826, Greenville, South Carolina 29603-0826, NewRez LLC d/b/a |

| | | | |
|---|---|---|---|
| | | | Shellpoint Mortgage, Servicing 29603-0826 |
| 5691875 | Email/Text: mtgbk@shellpointmtg.com | | |
| | | Jan 12 2026 18:39:00 | NewRez LLC d/b/a Shellpoint Mortgage, Servicing, P.O. Box 10826, Greenville, South Carolina 29603-0826 |
| 5486695 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jan 12 2026 18:45:43 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5486696 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jan 12 2026 18:45:47 | Resurgent Capital Services, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 5486697 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | Jan 12 2026 18:39:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2026      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew L Unterlack | |
| | on behalf of Creditor NewRez LLC dba Shellpoint Mortgage Servicing as servicer for Metropolitan Life Insurance Company aunterlack@hillwallack.com |
| Denise E. Carlon | |
| | on behalf of Creditor Metropolitan Life Insurance Company bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | |
| | ecf_pahu_alt@trustee13.com |
| Kaitlin Shire | |
| | on behalf of Creditor NewRez LLC dba Shellpoint Mortgage Servicing as servicer for Metropolitan Life Insurance Company kshire@hillwallack.com<br>ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;hwbknj@hillwallack.com;aemberger@ecf.courtdrive.com |
| Kim M Diddio | |
| | on behalf of Debtor 1 Laura A Butler kdiddio@diddiolaw.com<br>kdiddio@gmail.com;r52326@notify.bestcase.com;kimdiddioattorneyatlaw@jubileebk.net |
| Michelle McGowan | |
| | on behalf of Creditor Metropolitan Life Insurance Company mimcgowan@raslg.com |
| Robert Shearer | |
| | on behalf of Creditor Metropolitan Life Insurance Company rshearer@raslg.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |

District/off: 0314-5

Date Rcvd: Jan 12, 2026

TOTAL: 8

User: AutoDocke

Form ID: 3180W

Page 3 of 3

Total Noticed: 21

Information to identify the case:

Debtor 1     **Laura A Butler**

First Name     Middle Name     Last Name

Social Security number or ITIN     xxx–xx–2876

EIN     _ _–_ _ _ _ _ _ _

Debtor 2

(Spouse, if filing)     First Name     Middle Name     Last Name

Social Security number or ITIN     _ _ _ _

EIN     _ _–_ _ _ _ _ _ _

United States Bankruptcy Court     Middle District of Pennsylvania

Case number:     **5:22–bk–01368–MJC**

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Laura A Butler
aka Laura Ann Butler, aka Laura A Thompson,
aka Laura Ann Thompson

**By the court:**

1/12/26

Mark J. Conway, United States
Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Case 5:22-bk-01368-MJC    Doc 65    Filed 01/14/26    Entered 01/15/26 00:29:11    Desc
Imaged Certificate of Notice    Page 6 of 6